IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENN WALKER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE AMERICAN COAL COMPANY, )<br>)<br>Defendant. )<br>)<br>and )<br>)<br>THE AMERICAN COAL COMPANY, )<br>)<br>Defendant/Third Party Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID STANLEY CONSULTANTS, LLC., and )<br>LEXINGTON INSURANCE COMPANY )<br>OF FLORIDA, )<br>)<br>Third Party Defendants. ) | No. 08-33-WDS |

## ORDER

This cause coming on before the Court and the Court being fully advised in the premises, IT IS HEREBY ORDERED that Defendant/Third Party Plaintiff's Motion for Voluntary Dismissal of Count II of the Third Party Complaint is granted. Said Count is hereby dismissed without prejudice. This Order does not affect in any way Count I of the subject Third Party Complaint.

DATED: _____November 13,_____ 2008

_____s/WILLIAM D. STIEHL_____
JUDGE