# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GLENN WALKER,** | ) |
| Plaintiff, | ) |
| v. | ) No. 3:08-33-WDS-CJP |
| **THE AMERICAN COAL COMPANY,** | ) |
| **Defendant/Third Party Plaintiff,** | ) |
| v. | ) |
| **DAVID STANLEY CONSULTANTS, LLC. AND LEXINGTON INSURANCE COMPANY OF FLORIDA,** | ) |
| **Third Party Defendants.** | ) |

## ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE

The matter coming before the Court on motion of Plaintiff and of Defendant/Third Party Plaintiff American Coal Company to dismiss all First-Party and Third-Party Claims with prejudice, the Court being informed by the parties of the settlement of this matter, said motion is **GRANTED** and it is hereby ordered, adjudged and decreed that this matter, including all claims and third-party claims is dismissed with prejudice, each party to bear its own costs.

DATED: January 15, 2009

                                                           s/*WILLIAM D. STIEHL*

                                                           DISTRICT JUDGE